UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**SUPER 8 WORLDWIDE, INC.,**
      **Plaintiff,**

v.                                                       Case No. 13-C-1267

**WHITEWATER HOTELS, INC., et al.,**
      **Defendants.**

---

## ORDER

Plaintiff has filed a lawsuit in this court and alleges that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. Two of the defendants are individuals, and the plaintiff alleges that these individuals are residents of Illinois and Wisconsin, respectively. However, the citizenship of an individual is determined by the individual's domicile, which may or may not be the same as the individual's residence. An allegation of "residence" is therefore deficient to show diversity of citizenship. See, e.g., Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012).

**THEREFORE, IT IS ORDERED** that, within ten days of the date of this order, plaintiff amend its jurisdictional allegations to include information about the domicile of defendants Kamlesh and Ramesh Shah so that I may ensure that I have jurisdiction over this matter.

Dated at Milwaukee, Wisconsin, this 13th day of December, 2013.

                                                     s/ Lynn Adelman
                                                     _____
                                                     LYNN ADELMAN
                                                     District Judge